UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASRULLAH NAWROZI, | CASE NO. 2:26-cv-01752-JHC |
| Petitioner, | ORDER |
| v. | |
| WARDEN OF NWIPC ET AL., | |
| Respondents. | |

This matter comes before the Court on pro se Petitioner's Application to Proceed In Forma Pauperis (IFP) and Application for Court-Appointed Counsel.  Dkt. # 3.

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).  The Court thus GRANTS Plaintiff's IFP application.

The Court also concludes that because of the complex issues involved in this case, the interests of justice require appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings.  Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes

ORDER - 1

representation of Petitioner, the Federal Public Defender shall assist Petitioner to file an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

The Clerk is DIRECTED to send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.  The Clerk is further DIRECTED to issue a scheduling order for briefing on the habeas petition upon receipt of notice from the Federal Public Defender regarding the counsel decision.

Dated this 11th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2